ACCEPTED
01-15-00374-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/8/2015 2:13:57 PM
CHRISTOPHER PRINE
CLERK



# Lloyd
## Gosselink
### ATTORNEYS AT LAW

816 Congress Avenue, Suite 1900
Austin, Texas 78701
Telephone: (512) 322-5800
Facsimile:   (512) 472-0532

www.lglawfirm.com

Mr. Townsend's Direct Line: (512) 322-5830
Email: ltownsendl@lglawfirm.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/8/2015 2:13:57 PM

CHRISTOPHER A. PRINE
Clerk

May 8, 2015

Christopher A. Prine
First District Court of Appeals
Clerk of Court
301 Fannin Street
Houston, Texas 77002

Re:   Court of Appeals Number: 01-15-00374-CV
Trial Court Case Number: D-1-GN-13-004342
Style: *The Upper Trinity Regional Water District and Texas Commission on Environmental Quality v. National Wildlife Federation*

Dear Mr. Prine:

We have received your notice of April 23, 2015 requesting valid email addresses for noticing purposes. Upper Trinity Regional Water District's email addresses for counsel of record are:

Lloyd Gosselink Rochelle & Townsend
816 Congress Avenue, Suite 1900
Austin, Texas 78701
Lambeth Townsend
ltownsend@lglawfirm.com
Jason T. Hill
jhill@lglawfirm.com

Please do not hesitate to contact our offices if you need additional information.

Sincerely,

/s/

Lambeth Townsend

---

Lloyd Gosselink Rochelle & Townsend, P.C.

## CERTIFICATE OF SERVICE

I, Lambeth Townsend, hereby certify that on this 8th day of May, 2015, a true and correct copy of this document was transmitted by the method shown to the parties listed below:

**Myron Hess**
National Wildlife Federation
44 East Avenue, Suite 200
Austin, Texas  78701
*Via E-service* at hess@nwf.org
***Attorney for Plaintiff***

**Cynthia Woelk**
Office of the Attorney General
Environmental Protection Division. (MC-066)
P.O. Box 12548
Austin, Texas   78711-2548
Telephone: (512) 463-2012
Facsimile:  (512) 320-0911
*Via E-service* at
Cynthia.Woelk@texasattorneygeneral.gov
***Attorneys for Texas Commission on***
***Environmental Quality***


_____/s/_____
LAMBETH TOWNSEND


4725835